**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**BRYSON CITY DIVISION**
**2:11cv26**

| | | |
|---|---|---|
| **ROBERT STEWART,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **LEGAL HELPERS DEBT** | ) | |
| **RESOLUTION, PLLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

Pending before the Court is the parties' Stipulation for Extension of Time    [# 2].  The parties filed a stipulation extending the time for Defendants to file their answer or otherwise respond to Plaintiff's Complaint.  The parties, however, may not stipulate as to the time for filing an answer.  Pursuant to the Federal Rules of Civil Procedure, only the <u>Court</u> may extend the time for doing an act required by the Federal Rules for good cause or because of excusable neglect if the motion is made after the expiration of the time period for performing the act.  Fed. R. Civ. P. 6(b).  Accordingly, the Court **STRIKES** the Stipulation of the parties [# 2].  The Court **INSTRUCTS** the parties that if they seek an extension of the time periods set forth in the Local Rules or Federal Rules, they should file a motion with the Court setting forth good cause for the granting of such an extension.  The Court, however,

**GRANTS** Defendants an extension of time through August 10, 2011, to file their answer or otherwise respond to the Plaintiff's Complaint.

Signed: July 28, 2011

Dennis L. Howell
United States Magistrate Judge