IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:11cv26

| | |
|---|---|
| ROBERT STEWART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LEGAL HELPERS DEBT ) | |
| RESOLUTION, PLLC, et al., ) | |
| ) | |
| Defendants. ) | |

Pending before the Court are the Motions for Leave to Appear Pro Hac Vice [# 3 & # 4]. Both of the Applications for Admission to Practice Pro Hac Vice, however, are incorrect. A member in good standing of the bar of this Court must move for the admission of an attorney to appear pro hac vice. The Applications list the out-of-state attorney, rather than a member of the bar of this Court, as the moving party. Accordingly, the Court **DENIES without prejudice** the motions [# 3 & # 4].

Signed: July 28, 2011

Dennis L. Howell
United States Magistrate Judge