# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:11 CV 26

| | |
|---|---|
| ROBERT STEWART, an individual, and others similarly situated, <br><br> Plaintiffs <br><br> V <br><br> LEGAL HELPERS DEBT RESOLUTION, PLLC, a Nevada limited liability company; MACEY, ALEMAN, HYSLIP & SEARNS, an Illinois general partnership; CDS CLIENT SERVICES, INC., a California corporation; JEFFREY HYSLIP, an individual; LINDA CAROL, an individual, <br><br> Defendants | **ORDER** |

**THIS MATTER** is before the Court on Mark C. Kurdys' Application for Admission to Practice *Pro Hac Vice* of Richard W. Epstein. It appearing that Richard W. Epstein is a member in good standing with the Florida Bar and will be appearing with Mark C. Kurdys, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Mark C. Kurdys' Application for Admission to Practice *Pro Hac Vice* (#13) of Richard W. Epstein is **GRANTED**, and that Richard W. Epstein is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Mark C. Kurdys.

Signed: August 2, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge