# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:11cv26

| | |
|---|---|
| **ROBERT STEWART,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **LEGAL HELPERS DEBT** ) | |
| **RESOLUTION, PLLC, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

Pending before the Court is Plaintiff's Motion for Discovery [# 33] and Motion for Leave to File Supplemental Brief [# 40]. Plaintiff requests leave to take limited discovery related to the arbitration clause at issue in this dispute. In addition, Plaintiff requests leave to file a supplemental brief in response to the Motion to Compel Arbitration after the conclusion of this limited discovery. Defendants do not object to allowing the discovery, provided they are allowed an opportunity to object to specific discovery requests; nor do they object to allowing Plaintiff leave to file a supplemental brief. For good cause shown, the Court **GRANTS** the motions [# 33 & # 40] and **DIRECTS** the parties as follows:

(1) Plaintiff may serve ten (10) interrogatories and ten (10) requests for admissions on Defendant Legal Helpers Debt Resolution, LLC

("Legal Helpers") by January 6, 2012. Defendant Legal Helpers shall have until February 3, 2012, to respond and/or object to the discovery requests.

(2) Plaintiff may take the deposition of one (1) individual no later than February 17, 2012. This deposition is limited to three hours and the issue of the organizational structure of Defendant Legal Helpers.

(3) Plaintiff may file a supplemental brief in opposition to the Motion to Compel Arbitration, not to exceed fifteen pages, by February 29, 2012. Defendants shall have until March 9, 2012, to file a reply, not to exceed ten (10) pages, to the supplemental brief.

Signed: December 20, 2011

Dennis L. Howell
United States Magistrate Judge