# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:11cv26

| | |
|---|---|
| ROBERT STEWART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| LEGAL HELPERS DEBT ) | |
| RESOLUTION, PLLC, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pending before the Court is the Motion to Seal [# 62]. Defendants move for leave to file documents under seal. Upon a review of the record in this case and the relevant legal authority, the Court **GRANTS** the motion [# 62]. Defendants may file their response to the Motion to Reopen Case, as well as the supporting exhibits, under seal. The documents shall remain under seal until further Order of this Court.

Signed: August 14, 2013

Dennis L. Howell
United States Magistrate Judge

-1-