THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 2:11-cv-00026-MR-DLH

| | |
|---|---|
| ROBERT STEWART, an individual, and others similarly situated, ) ) ) ) Plaintiff, ) ) vs. ) ) LEGAL HELPERS DEBT ) RESOLUTION, LLC, et al., ) ) Defendants. ) ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

On May 8, 2014, the Court entered an Order directing the Defendant CDS Client Services, Inc. to file a notice of appearance of counsel within fourteen (14) days. The Defendant was specifically advised that failure to file a notice of appearance within the time required would result in the entry of default against it. [Doc. 77 at 3].

More than fourteen days have now passed, and the Defendant failed to file a notice of appearance of counsel as required by the Court's Order. Accordingly, the Court will direct the Clerk to make an entry of default against the Defendant.

**IT IS, THEREFORE, ORDERED** that the Clerk shall make an entry of default against the Defendant CDS Client Services, Inc.

**IT IS FURTHER ORDERED** that the Plaintiff shall file a motion for default judgment or take other appropriate action with respect to this Defendant within thirty (30) days of the entry of this Order.

The Court **DIRECTS** the Clerk to mail a copy of this Order to the last known address of Defendant CDS Client Services as set forth below:

CDS c/o William R. Mitchell, Esq
Logan & Retoske, LLP
31351 Rancho Viejo Road
Suite 202
San Juan Capistrano, CA 92675

**IT IS SO ORDERED.**   Signed: May 26, 2014

Martin Reidinger
United States District Judge