**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL CASE NO. 2:11-CV-26-MR-DLH**

| | |
|---|---|
| ROBERT STEWART, an individual, and others similarly situated, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LEGAL HELPERS DEBT )<br>RESOLUTION, LLC, et al., )<br>)<br>Defendants. )<br>) | **J U D G M E N T** |

For the reasons stated in the Memorandum Decision and Order entered contemporaneously herewith, **IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the final arbitration award of the Arbitrator [Doc. 79-1] rendered June 13, 2013, is **CONFIRMED** as part of the Judgment of this Court. Accordingly, Plaintiff Robert Stewart shall have and recover against Defendant CDS Client Services, Inc., the total award amount of $9,467.99, plus interest pursuant to 28 U.S.C. § 1961 on the amounts not yet collected and still due and owing from June 13, 2013, until the date of collection.

**IT IS SO ORDERED.**

Signed: September 23, 2014

Martin Reidinger
United States District Judge